SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

**Electronically Filed:** 09/20/2011

Special Counsel for Trustee, Leslie Gladstone

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BRIARWOOD CAPITAL, LLC<br><br>Debtor.<br><br>BRIARWOOD CAPITAL, LLC<br><br>Moving Party,<br><br>v.<br><br>LENNAR CORPORATION and<br>LENNAR HOMES OF CALIFORNIA, INC.<br><br>Respondent. | CASE NO. 10-02677-PB11<br><br>Adv. No. 10-90118-PB7<br><br>Chapter 11<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**<br><br>Dept.: Four<br>Hon. Peter Bowie |

NOTICE IS HEREBY GIVEN that pursuant to the Order Approving the Chapter 11 Trustee's Motion to (a) Sell Estate Assets and Compromise Controversy and (b) Retain Gordon & Holmes Nunc Pro Tunc entered July 13, 2011, the underlying adversary proceeding is hereby dismissed with prejudice.

Dated: September 20, 2011

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: /s/ James P. Hill
James P. Hill
Gary B. Rudolph
Special counsel for Leslie T. Gladstone,
Chapter 11 Trustee

- 1 -

329842-v1